Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA 91107
Telephone: (626)795-0681
Facsimile: (626)795-0725
Email: tcohen@pottercohenlaw.com

Attorneys for Plaintiff, TONI R. SANCHEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TONI R. SANCHEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: CV 16-05136 KES<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $4,000.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: 11/27/2017

_Karen E. Scott_
THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE